722

No. 142. UNITED STATES *v.* MYERS;

No. 143. UNITED STATES *v.* ARBLE;

No. 144. UNITED STATES *v.* MARTIN;

No. 145. UNITED STATES *v.* PLITZ; and

No. 146. UNITED STATES *v.* SPITZ. October 11, 1943. Petition for writs of certiorari to the Court of Claims granted. *Solicitor General Fahy* for the United States. *Mr. Robert M. Drysdale* for respondents. Reported below: 99 Ct. Cls. 158.

No. 158. B. F. GOODRICH Co. *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. E. Barrett Prettyman, F. G. Awalt,* and *Raymond Sparks* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Warren F. Wattles* for the United States.

No. 183. BROWN ET AL. *v.* GERDES ET AL., TRUSTEES. October 11, 1943. Petition for writ of certiorari to the Court of Appeals of New York granted. *Messrs. David Paine* and *Lawrence Greenbaum* for petitioners. *Messrs. John Gerdes* and *James D. Carpenter, Jr.,* and *Mary-Chase Clark* for respondents.

No. 195. NORTHWESTERN ELECTRIC Co. ET AL. *v.* FEDERAL POWER COMMISSION. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. John A. Laing, Henry S. Gray, A. J. G. Priest,* and *Sidman I. Barber* for petitioners. *Solicitor General Fahy, Assistant Attorney*